UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KEVIN KWOK, KYLE RINKER, and AMANDA STRICKLAND, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY; and ALASKA AIRLINES, INC. <br><br> Defendants. | Case No. 3:24-cv-00489-IM |

## STIPULATED DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiffs Kevin Kwok, Kyle Rinker, and Amanda Strickland, and Defendants The Boeing Company and Alaska Airlines, Inc., that the above-captioned action be DISMISSED WITH PREJUDICE. The parties agree that each shall bear their own costs.

DATED:         July 7, 2025

/s/ *Christopher M. Ledford*
Christopher M. Ledford (*pro hac vice*)
CLedford@perkinscoie.com
Mack H. Shultz, OSB No. 27190
MShultz@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Telephone:    +1.206.359.8000

Alletta S. Brenner, OSB No. 142844
ABrenner@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:    +1.503.727.2000
*Attorneys for Defendant The Boeing Company*

1

/s/ *Jonathan W. Johnson*
Jonathan W. Johnson (pro hac vice)
Georgia Bar No. 394830
jwj@jonathanjohnsonatlantalawyer.com
Jonathan W. Johnson, LLC
2296 Henderson Mill Road, Suite 406
Atlanta, Georgia 30345
(404) 298-0795  Phone
(404) 941-2285  Fax

Justin I. Idiart
Oregon Bar No. 111568
justin@idiartlaw.com
The Idiart Law Group, LLC
P.O. Box 3700
Central Point, Oregon 97502
(541) 772-6969  Phone
(541) 245-0486  Fax
*Attorneys for Plaintiffs*


*/s/ Caryn Geraghty Jorgensen*
Caryn Geraghty Jorgensen, OSB No. 102500
Brett T. MacIntyre, OSB No. 190544
caryn.jorgensen@stokeslaw.com
brett.macintyre@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 626-6000
*Attorneys for Defendant Alaska Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I served <u>STIPULATED DISMISSAL WITH PREJUDICE</u> via the Court's electronic filing system and by email to:

Caryn Geraghty Jorgensen
Brett T. MacIntyre
caryn.jorgensen@stokeslaw.com
brett.macintyre@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
*Attorneys for Defendant Alaska Airlines*

and

Jonathan W. Johnson (pro hac vice)
Georgia Bar No. 394830
jwj@jonathanjohnsonatlantalawyer.com
Jonathan W. Johnson, LLC
2296 Henderson Mill Road, Suite 406
Atlanta, Georgia 30345
(404) 298-0795  Phone
(404) 941-2285  Fax

Justin I. Idiart
Oregon Bar No. 111568
justin@idiartlaw.com
The Idiart Law Group, LLC
P.O. Box 3700
Central Point, Oregon 97502
(541) 772-6969  Phone
(541) 245-0486  Fax
*Attorneys for Plaintiffs*

Dated: July 7, 2025.

<u>/s/ Christopher M. Ledford</u>
Christopher M. Ledford *(pro hac vice)*
CLedford@perkinscoie.com
1301 Second Avenue, Ste 4200
Seattle, WA 98101
(206) 359-8000  Phone
